UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL ANTHONY HILL (TDCJ No. 1302155), | ) ) ) | |
| Petitioner, | ) ) | CIVIL ACTION NO. |
| VS. | ) ) | 3:15-CV-1219-G (BN) |
| WILLIAM STEPHENS, Director, Texas Department of Criminal Justice, Correctional Institutions Division, | ) ) ) ) | |
| Respondent. | ) | |

# ORDER

Before the court is the findings, conclusions, and recommendation of the United States magistrate judge (docket entry 9). Because the petitioner, Michael Anthony Hill, paid the necessary filing fee in the time specified in the recommendation, the court refers the case back to the magistrate judge. The recommendation of the magistrate judge is thus rendered **MOOT**.

**SO ORDERED**.

July 31, 2015.

_____
A. JOE FISH
**Senior United States District Judge**